**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL - 6 2017

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.    4:17CR 00177 BRW |
| | ) | |
| vs. | ) | **FILED UNDER SEAL** |
| | ) | |
| TRAVIS L. ALEXANDER | ) | 21 U.S.C. § 841(a)(1), (b)(1)(B) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

On or about November 17, 2015, in the Eastern District of Arkansas, the defendant,

TRAVIS L. ALEXANDER,

did knowingly and intentionally distributed more than 5 grams, but less than 50 grams, of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT 2

On or about December 8, 2015, in the Eastern District of Arkansas, the defendant,

TRAVIS L. ALEXANDER,

did knowingly and intentionally distributed more than 5 grams, but less than 50 grams, of methamphetamine actual, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).